IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TOKIO MARINE & NICHIDO FIRE INSURANCE CO., LTD., | § § § § § | |
| Plaintiff, | | |
| VS. | § § § | CIVIL ACTION NO. H-10-4359 |
| TEXAS DEDICATED EXPRESS, *et al.*, | § § § | |
| Defendants. | | |

## ORDER

The plaintiff has filed an unopposed motion for default against one of the defendants, Harvey C. Jackson, Sr., (Docket Entry No. 6). The record shows that the plaintiff properly served a summons and First Amended Complaint on the defendant, Harvey C. Jackson Sr., and that he has failed to answer or otherwise appear. However, no default judgment may be rendered unless a default has been entered under Rule 55(a) and until the damages have been liquidated.

It is ordered that default be entered against defendant, Harvey C. Jackson, Sr., under Rule 55(a). Second, it is ordered that no later than **June 2, 2011**, the plaintiff must:

a. move for judgment by default, certifying the notice to the defendant;

b. submit affidavits with supporting documentation of the plaintiff's damages, including a self-explanatory computation of any prejudgment interest sought; and

c. submit affidavit evidence on attorney's fees, including a precise explanation of reasonable charges for the necessary service in prosecution of this case.

SIGNED on May 3, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge